UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALJYROSS LAURE SMITH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-1752** |
| **LAFOURCHE PARISH, ET AL.** | **SECTION M (2)** |

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation ("R&R"),[1] and finding that as of this date plaintiff has filed no objections to the R&R, hereby approves the R&R and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff Aljyross Laure Smith's 42 U.S.C. § 1983 complaint against the defendants Lafourche Parish, Officer Simon Braud, Sheriff Craig Webre, State of Louisiana, Officer J. Guidry, and Detective Foret be **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e), § 1915A as malicious.

New Orleans, Louisiana, this 5th day of January, 2022.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 7.